UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Susan Ivankovich, Janell Kjos,
Vonda Eidenschink, Karin Halverson,

        Plaintiffs,

Case Number:  14-CV-4137 (RHK/LIB)

v.

Innovis Health, LLC
d/b/a Essentia Health West,

        Defendant.

## NOTICE OF CONFIDENTIAL SETTLEMENT AND STIPULATION
## FOR DISMISSAL WITH PREJUDICE

Plaintiffs and defendant, by and through their undersigned attorneys, hereby advise the Court through this Notice, that the above captioned matter has been settled. As the settlement of a Fair Labor Standards Act claim, to be valid, must be approved by the Court,[1] the terms of the confidential settlement are filed separately under seal.

THE PARTIES HEREBY STIPULATE that, upon entry of an order approving the settlement, this action shall be dismissed with prejudice and with each party to pay its own costs and attorneys fees, subject to the terms of the Confidential Settlement Agreement.

---

[1] *Lynn's Food Stores, Inc., v. U.S.*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

2

| | |
|---|---|
| ROBINS, KAPLAN, MILLER<br>& CIRESI, L.L.P. | FRYBERGER, BUCHANAN, SMITH<br>& FREDERICK, P.A. |
| By   *s/ Damien A. Riehl*<br>Damien A. Riehl<br>Attorney Reg. No. 322428<br>800 LaSalle Avenue<br>2800 LaSalle Plaza<br>Minneapolis, Minnesota 55402-2015<br>(612) 349-8500<br>DARiehl@rkmc.com<br>October   9  , 2014<br>ATTORNEYS FOR PLAINTIFFS | By   *s/ Joseph J. Mihalek*<br>Joseph J. Mihalek<br>Attorney Reg. No. 72904<br>302 West Superior Street<br>Suite 700<br>Duluth, Minnesota 55802<br>(218) 722-0861<br>jmihalek@fryberger.com<br>October   10  , 2014<br>ATTORNEYS FOR DEFENDANT |