# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE**

Susan Ivankovich, Janell Kjos, Vonda Eidenschink, Karin Halverson,

        Plaintiffs,

v.                                     Case Number:   14-CV-4137 (RHK/LIB)

Innovis Health, LLC
d/b/a Essentia Health West,

        Defendant.

---

This document is a placeholder for the following item which is filed in conventional or physical form with the Clerk's Office:

      Confidential Settlement Agreement and Release

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order: ___ )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: ___ )

 X  Other (description):   The parties have resolved all issues.  Because the complaint included claims under the Fair Labor Standards Act and settlement of FLSA claims are not binding unless approved by the Court or the Secretary of

Labor, the confidential settlement agreement has been filed under seal to enable the Court to review and approve it.

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).