# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Susan Ivankovich, Janell Kjos, Vonda Eidenschink, Karin Halverson, | Civil No. 14-4137 (RHK/LIB) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| Innovis Health, LLC, d/b/a Essentia Health West, | |
| Defendant. | |

The parties, through their respective counsel, have submitted to the Court a Notice of Confidential Settlement and a Stipulation for Dismissal with Prejudice.

Based on the papers filed with the Court, the Court finds that the Confidential Settlement Agreement is fair, adequate and reasonable.  Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED**:

1.   This Court has jurisdiction over the subject matter of this litigation and over all parties to this action as defined in the Confidential Settlement Agreement.

2.   The Court approves settlement of this action in accordance with the terms of the Confidential Settlement Agreement as fair, reasonable and adequate.

3.   The Court orders the parties to perform their obligations under the terms of the Confidential Settlement Agreement.

4.   The Court dismisses this action with prejudice, and without costs or attorneys fees to either party except as set forth in the Confidential Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 15, 2014

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge