✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Susan Ivankovich, Janell Kjos,  Vonda Eidenschink, Karin Halverson

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   14-4137 RHK/LIB

Innovis Health, LLC, d/b/a Essentia Health West

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. This Court has jurisdiction over the subject matter of this litigation and over all parties to this action as defined in the Confidential Settlement Agreement.
2. The Court approves settlement of this action in accordance with the terms of the Confidential Settlement Agreement as fair, reasonable and adequate.
3. The Court orders the parties to perform their obligations under the terms of the Confidential Settlement Agreement.
4. The Court dismisses this action with prejudice, and without costs or attorneys fees to either party except as set forth in the Confidential Settlement Agreement.

|  |  |
|---|---|
| October 16, 2014 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/A. Linner |
|  | (By)    A. Linner   Deputy Clerk |